## 66469. McCANNON v. THE STATE.

SOGNIER, Judge.

In *McCannon v. State*, 252 Ga. 515 (315 SE2d 413) (1984), the Supreme Court reversed the decision of this court in the above-styled case on the ground that appellant's second prosecution for a separate offense arising from a single transaction, known to the prosecutor and within the jurisdiction of a single court at the time of appellant's first prosecution, was barred by the provisions of OCGA § 16-1-7 (b). Accordingly, our judgment in *McCannon v. State*, 168 Ga. App. 471 (309 SE2d 636) (1983) was vacated, and the judgment of the trial court is reversed.

*Judgment reversed. Quillian, P. J., and Pope, J., concur.*

DECIDED JULY 19, 1984.

*Andrew H. Marshall*, for appellant.

*Lindsay A. Tise, Jr., District Attorney, Barry G. Irwin, Assistant District Attorney*, for appellee.